## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Lynnette Deshay Ferguson<br><br>Debtor(s) | Case No.:21−31465−crm<br><br>Chapter: 7<br>Judge: Charles R. Merrill |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion for Relief from Stay and Abandonment regarding 2016 FORD MUSTANG − VIN 1FA6P8AM8G5308168 Fee Amount $188.. Filed by Creditor Consumer Portfolio Services, Inc.. Objections due by 09/22/2021. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Exhibit A − Filed Proof of Claim # 2 Proposed Order) (Simons, Molly)

Dated: 9/9/21

By:
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:  Case No. 21-31465-crm
Lynnette Deshay Ferguson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3 User: sweber Page 1 of 2
Date Rcvd: Sep 09, 2021 Form ID: 267 Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynnette Deshay Ferguson, 7330 Monsey Circle #202, Louisville, KY 40219-8337 |
| 6843739 | ++ | CREDIT CLEARING HOUSE OF AMERICA INC, P O BOX 1209, LOUISVILLE KY 40201-1209 address filed with court:, CCH, POB 1209, Louisville, KY 40201 |
| 6843742 | + | Consumer Portfolio, 19500 Jamboree Road, Ste. 500, Irvine, CA 92612-2437 |
| 6843751 | + | IC System Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 6843753 | + | Jefferson Capital Systems, C/O Richard Alpin, PO Box 23200, Louisville, KY 40223-0200 |
| 6843754 | + | KY Housing Corp, Stierle & Rettig, PLLC, 410 W Chestnut St, Ste 617, Louisville, KY 40202-2324 |
| 6843755 | + | Lendmark, 450 Park Avenue, Bldg. A, Paducah, KY 42001-0768 |
| 6843756 | + | Norton Community Med. Assoc, C/O Philip Casttagno, PO Box 436728, Louisville, KY 40253-6728 |
| 6843757 | + | Sunrise Credit Services, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 6843758 | | US Department of Education, 3130 Fairview Park Drive, Ste. 800, Chesapeake, VA 23323 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6843740 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2021 18:38:00 | Comenity Bank/Goodys, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 6843741 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2021 18:38:00 | Comenity Bank/Victoria Secret, 6939 Americana Parkway, Reynoldsburg, OH 43068-4138 |
| 6862289 | | Email/Text: bankruptcy@consumerportfolio.com | Sep 09 2021 18:38:00 | Consumer Portfolio Services, P. O. Box 57071, Irvine, CA 92619-7071 |
| 6843743 | + | Email/Text: compliance@contractcallers.com | Sep 09 2021 18:38:00 | Contract Callers, 501 Green Street, 3rd Fl., Ste. 302, Augusta, GA 30901-4415 |
| 6843744 | | Email/Text: bankruptcy@glacompany.com | Sep 09 2021 18:37:00 | GLA Collection, PO Box 991199, Louisville, KY 40269 |
| 6843752 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2021 18:38:00 | Jefferson Capital System, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 6852893 | + | Email/Text: bankruptcynotices@kyhousing.org | Sep 09 2021 18:38:00 | Kentucky Housing Corporation, 1231 Louisville Road, Frankfort, KY 40601-6191 |
| 6849873 | | Email/Text: ktramble@lendmarkfinancial.com | Sep 09 2021 18:37:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Kentucky Housing Corporation, 1231 Louisville Road, Frankfort, KY 40601-6191 |
| 6843745 | *P++ | G L A COLLECTION CO INC, PO BOX 588, GREENSBURG IN 47240-0588, address filed with court:, GLA Collection, PO |

| District/off: 0644-3 | User: sweber | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: 267 | Total Noticed: 18 |

| | | |
|---|---|---|
| | | Box 991199, Louisville, KY 40269 |
| 6843746 | *P++ | G L A COLLECTION CO INC, PO BOX 588, GREENSBURG IN 47240-0588, address filed with court:, GLA Collection, PO Box 991199, Louisville, KY 40269 |
| 6843747 | *P++ | G L A COLLECTION CO INC, PO BOX 588, GREENSBURG IN 47240-0588, address filed with court:, GLA Collection, PO Box 991199, Louisville, KY 40269 |
| 6843748 | *P++ | G L A COLLECTION CO INC, PO BOX 588, GREENSBURG IN 47240-0588, address filed with court:, GLA Collection, PO Box 991199, Louisville, KY 40269 |
| 6843749 | *P++ | G L A COLLECTION CO INC, PO BOX 588, GREENSBURG IN 47240-0588, address filed with court:, GLA Collection, PO Box 991199, Louisville, KY 40269 |
| 6843750 | *P++ | G L A COLLECTION CO INC, PO BOX 588, GREENSBURG IN 47240-0588, address filed with court:, GLA Collection, PO Box 991199, Louisville, KY 40269 |
| 6843759 | * | US Department of Education, 3130 Fairview Park Drive, Ste. 800, Chesapeake, VA 23323 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeremy M. Rettig | on behalf of Creditor Kentucky Housing Corporation jeremyrettig@stierlelawfirm.com |
| Michelle O'Bryan | on behalf of Debtor Lynnette Deshay Ferguson mo@oandolaw.com  eunice@oandolaw.com;r64105@notify.bestcase.com |
| Molly Slutsky Simons | on behalf of Creditor Consumer Portfolio Services  Inc. bankruptcy@sottileandbarile.com |
| Timothy E. Ruppel | ustpregion08.lo.ecf@usdoj.gov |
| William Stephen Reisz | wsreisz@hotmail.com  KY01@ecfcbis.com;stevereisz@gmail.com |

TOTAL: 5